# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **Rosalie Robertson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-3076-CV-S-JTM |
| | ) |
| **Carolyn W. Colvin,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Pending before the Court is plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed August 29, 2014 [Doc. 20]. After due consideration of the issues presented, and in light of the agreement of the parties, it is

**ORDERED** that plaintiff's *Application for Attorney's Fees Under The Equal Access to Justice Act,* filed August 29, 2014 [Doc. 20] is **GRANTED**. Accordingly, plaintiff is awarded EAJA fees in the amount of $5,735.

                                                 */s/ John T. Maughmer*
                                                          **John T. Maughmer**
                                         **United States Magistrate Judge**